NEW JERSEY AND NEW ENGLAND TEL. CO., appellant,

*v.*

JERSEY CITY, respondent.

---

*Mr. Flavel McGee,* for appellant.

*Mr. Allan McDermott,* for respondent.

PER CURIAM.

This order unanimously affirmed, for the reasons given by Vice-Chancellor Van Fleet, in *New Jersey and New England Tel. Co.* v. *Jersey City, 7 Stew. Eq. 117.*